# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Dequan Gilmore, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00413-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Herb Jackson | ) | |
| Brown Creek Prison Anson County | | |
| Sarah Cobb, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 31, 2014 Order.

October 31, 2014

*[signature]*

Frank G. Johns, Clerk
United States District Court